**FILED**
JUL 2 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Z57, INC., <br><br> Plaintiff, <br><br> vs. <br><br> iHOUSEweb, INC., <br><br> Defendant. | Case No. 07cv1768 BEN (CAB) <br><br> **ORDER GRANTING MOTION TO SUBSTITUTE COUNSEL** |

Defendant iHOUSEweb, Inc. has retained new counsel and moved for approval for substitution of counsel. Dkt. No. 18 (July 17, 2008). Because iHOUSEweb has shown good cause, the Court grants the motion and permits H. Michael Brucker Law Corp. to substitute Miller Starr Regalia as counsel of record in this action.

IT IS SO ORDERED.

Dated: July 21, 2008

Roger T. Benitez
United States District Judge

- 1 -

07cv1768